STATE OF CONNECTICUT *v.* WILLIAM D. PIERCE

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 634 (AC 19474/ AC 19663), is denied.

SULLIVAN, C. J., and ZARELLA, J., did not participate in the consideration or decision of this petition.

*Richard Hustad Miller*, special public defender, in support of the petition.

*Robert J. Scheinblum*, assistant state's attorney, in opposition.

Decided March 28, 2002